No. 93–7602. SAWICKI *v.* KAISER FOUNDATION HOSPITALS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–7605. WOLSTONE *v.* UNEMPLOYMENT APPEALS COMMISSION ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 93–7606. SWINEY *v.* CORRECTIONAL HEALTH CARE, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–7611. FOX *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 93–7616. GONZALEZ *v.* OCEAN COUNTY BOARD OF SOCIAL SERVICES. Super. Ct. N. J., App. Div. Certiorari denied.

No. 93–7618. CHRISTIE *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 93–7619. TRIPATI *v.* ARPAIO, SHERIFF, MARICOPA COUNTY. Sup. Ct. Ariz. Certiorari denied.

No. 93–7622. CARTER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–7626. NEWSOME *v.* FLOYD WEST & Co. C. A. 5th Cir. Certiorari denied.

No. 93–7630. O'DELL *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 93–7633. SERRA *v.* TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–7639. LOTT *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 93–7642. SCHAFF *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–7644. ROLLINS ET UX. *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 5th Cir. Certiorari denied.